

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00744-CV

### IN THE INTEREST OF B.C., P.C., JR., AND A.C.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01143
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that no costs shall be assessed against Mother, Raquel P., or Father, Paul C, in relation to this appeal because they each qualify as indigent under TEX. R. APP. P. 20.

SIGNED April 29, 2015.

_____
Jason Pulliam, Justice